UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP KUCK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP & IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Civil Action No. 26-569 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated June 1, 2026, Plaintiff Phillip Kuck and Defendants U.S. Citizenship and Immigration Services, the Department of the Treasury, and the Department of Commerce (collectively "the Parties") respectfully submit this joint status report to advise the Court of the requested information in this Freedom of Information Act ("FOIA") matter. The Parties have conferred and agreed to submit joint status reports in 60-day intervals moving forward.

1. Status of Plaintiff's Freedom of Information Act Request

Defendant U.S. Citizenship & Immigration Services ("USCIS") is processing Plaintiff's request and run a preliminary search. USCIS has identified approximately 1000 potentially responsive pages and 5 spreadsheets, and those pages are being reviewed. USCIS made a production of 119 pages on May 19, 2026; it released another 156 pages on June 24, 2026. USCIS continues to review documents for production and anticipates making another production the first week of August.

Defendant Department of Treasury ("Treasury") conducted searches and have identified about 5,000 potentially responsive records. Treasury made a production the week of June 8, 2026, and anticipates the next production to be made on or around August 3, 2026.

Defendant Department of Commerce ("Commerce") is in the process of conducting searches and has identified an initial 227 potentially responsive documents. Commerce made its first production on July 27, 2026, consisting of six records (28 pages); Commerce released six pages with partial redactions and withheld 22 pages in full based on FOIA exemptions. Commerce is continuing to review the remainder of the 227 potentially responsive documents and will continue making productions on a rolling basis. Commerce plans to schedule a meet and confer with Plaintiff in order to effectively conduct further searches.

2. Anticipated Date(s) for Release of Requested Documents

Defendants cannot confirm when productions will be completed at this time.

3. *Open America* Stay

Defendants do not request an *Open America* stay at this time but reserves the right to do so should they determine that circumstances warrant one.

4. Vaughn Index and Dispositive Motions

The parties believe that a Vaughn index and dispositive motions are premature at this point.

The Parties respectfully request that the Court permit them to file another joint status report within sixty days.

* * *

Dated: July 28, 2026

s/Brad Banias
BRAD BANIAS
Banias Law, LLC
602 Rutledge Avenue
Charleston, SC 29403
brad@baniaslaw.com
843.352.4272
DC Bar No.: SC0004
SC Bar No.: 76653

Attorney for Plaintiff

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *___/s/ Dhruman Y. Sampat___*
DHRUMAN Y. SAMPAT
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525
dhruman.sampat@usdoj.gov

*Attorney for the United States of America*